IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF BARTELS, | |
| Plaintiff, | Case No.: 1:23-cv-03541 |
| v. | Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | loaeu |
| 2 | Fupinoded ✨ Big Promotion ✨ |
| 4 | HVEST Home Decor |
| 9 | Hessimy ( ⚡ ⚡ 7-15 day Delivery) |
| 12 | mumChen |
| 13 | IODSWGH |
| 15 | CieKen |
| 16 | micheeyi |

1

| | |
|---|---|
| 17 | Delight Choice |
| 18 | Goocrux.Inc |
| 19 | LoveforYou.INC |
| 20 | Funermei-US |
| 23 | GOWTEI NIOS |
| 25 | tiao4nashu |
| 27 | ZSBAYU ~ 7-14 Days Arrive |
| 28 | 🌸Davpikogr🌸 10-20day Standard Delivery |
| 39 | CafeTime |
| 60 | 青白江格辉商贸经营部 |
| 65 | Quealent 💕 15-20 days Delivery 💕 |
| 68 | Tricho |
| 70 | Vodedfy |
| 75 | BAGELISE |
| 76 | Feidiao |
| 80 | cyerlproo |
| 83 | GrayFoxxy |
| 88 | Polka Dots Store |
| 89 | Uppuppy |
| 90 | CozyULF |
| 91 | Uliking US |
| 99 | Kingdom68 |

| | |
|---|---|
| 101 | Sportyzen |
| 114 | Sister Amy |
| 121 | Kcocoo (7-14 Day) Easter Day Clearance Big Deals |
| 122 | MALLOOM |
| 124 | BlueshyhallUS |
| 128 | Katrina's Gift |
| 130 | SSDXY |
| 139 | QingChengAJ |
| 141 | huaquyuedu |
| 146 | teruiter |
| 150 | From The Clouds |
| 151 | SOYAGO |
| 155 | ihfjdhfilrdghuir |
| 156 | haikoumeilancancanya |
| 159 | nfreery |
| 160 | 🌷 Womens Fashion shop 🌷 |
| 161 | Prime Early Access Sale FuLJewelry |
| 164 | wanzaixianshijubaihuodian |
| 170 | Chilli Purple |
| 173 | Wamajoly |
| 182 | ZHANGLM-USA |
| 184 | IFOTIME |
| 185 | Antiular |

| 187 | DodutopZG |
|---|---|
| 188 | PIKAPika |
| 189 | HRSTUYL |
| 190 | KINGOLDON |

DATED: September 6, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 6, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt