IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF BARTELS,<br><br>                Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                Defendants. | Case No. 23-cv-03541<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Beth W. Jantz** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff JEFF BARTELS ("Bartels" or "Plaintiff") against the defendants identified in the First Amended Schedule A, and using the Defendant Online Marketplace Accounts identified in the First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Jeff Bartels having moved for entry of Default and Default Judgment against the defendants identified in the First Amended Schedule A (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Jeff Bartels having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Jeff Bartels has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Jeff Bartels' federally registered copyrights which are protected by United States Copyright Registration Nos. VA 2-301-714; VA 2-302-820; VA 2-302-325; VA 2-302-800; VA 2-302-557; VA 2-302-927; VA 2-301-715; VA 2-302-324; VA 2-301-717; VA 2-302-813; VA 2-302-539; VA 2-301-718; VA 2-301-965; VA 2-302-815; VA 2-302-548; VA 2-301-709; VA 2-301-953; VA 2-303-003; VA 2-302-551; VA 2-301-960; VA 2-301-966; VA 2-302-930; VA 2-302-544; VA 2-302-816; VA 2-302-545; VA 2-302-547; VA 2-302-558; VA 2-302-927; VA 2-302-554; VA 2-302-555; VA 2-302-540; VA 2-301-957; VA 2-301-964; VA 2-302-817; VA 2-302-548; VA 2-302-270; VA 2-301-989; VA 2-302-272; VA 2-302-809; VA 2-301-712; VA 2-301-716; VA 2-302-814; VA 2-302-315; VA 2-301-968; VA 2-301-971; VA 2-302-273; VA 2-302-818; VA 2-302-266; VA 2-301-972; VA 2-302-276; VA 2-301-991; VA 2-302-253; VA 2-301-974; VA 2-302-048; VA 2-302-057; VA 2-302-056; VA 2-302-505; VA 2-301-944; VA 2-321-928; VA 2-302-083; VA 2-302-082; VA 2-301-949; VA 2-302-507; VA 2-301-947; VA 2-301-915; VA 2-302-046; VA 2-302-053; VA 2-302-049; VA 2-302-470; VA 2-302-496; VA 2-302-084; VA 2-301-923; VA 2-302-044; VA 2-302-473; VA 2-302-054; VA 2-302-051;

VA 2-301-851; VA 2-302-504; VA 2-302-205; VA 2-302-503; VA 2-302-045; VA 2-302-043; VA 2-302-061; VA 2-302-062; VA 2-302-060; VA 2-302-378; and VA 2-302-058 ("Jeff Bartels Works") to residents of Illinois. In this case, Jeff Bartels has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Jeff Bartels Works. *See* Docket No. [13], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Jeff Bartels Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. §504).

Accordingly, this Court orders that Jeff Bartels' Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:
    a. using the Jeff Bartels Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Jeff Bartels product or not authorized by Jeff Bartels to be sold in connection with the Jeff Bartels Works;
    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine

   Jeff Bartels product or any other product' produced by Jeff Bartels, that is not Jeff Bartels' or not produced under the authorization, control, or supervision of Jeff Bartels and approved by Jeff Bartels for sale under the Jeff Bartels Works;

   committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Jeff Bartels, or are sponsored by, approved by, or otherwise connected with Jeff Bartels ; and

 c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Jeff Bartels , nor authorized by Jeff Bartels to be sold or offered for sale, and which bear any of Jeff Bartels Works, including the Jeff Bartels Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

 a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Jeff Bartels Works; and

 b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Jeff

>Bartels Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Jeff Bartels product or not authorized by Jeff Bartels to be sold in connection with the Jeff Bartels Works.

3. Upon Jeff Bartels' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Jeff Bartels Works.

4. Pursuant to 17 U.S.C. § 504 (c)(2), Jeff Bartels is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of infringing Jeff Bartels Works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and First Amended Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Jeff Bartels as partial payment of the above- identified damages, and Third Party Providers, including Amazon,

are ordered to release to Jeff Bartels the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Jeff Bartels has recovered full payment of monies owed to it by any Defaulting Defendant, Jeff Bartels shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Jeff Bartels identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Jeff Bartels may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Jeff Bartels and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: September 27, 2023

                                                                                                                                Sara L. Ellis
                                                                                                                                United States District Judge

**First Amended Schedule A**

| No. | Defendant |
|---|---|
| 1 | |
| 2 | |
| 3 | Lollyus |
| 4 | |
| 5 | taiyuantaohuantaoshangmaoyouxiangongsi |
| 6 | jjhhzzp1 |
| 7 | Hamorys |
| 8 | Wenzzistore |
| 9 | |
| 10 | pas lahgo |
| 11 | FADK Fashion |
| 12 | |
| 13 | |
| 14 | fsdwse |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | qujingzhangsuhaoshangmaoyouxiangongsi |
| 22 | kunmingdouruishangmaoyouxiangongsi |
| 23 | |
| 24 | Small second shop |
| 25 | |
| 26 | ShanXiXuXingCunShangMaoYouXianGongSi |
| 27 | |
| 28 | |
| 29 | |
| 30 | XGard |
| 31 | ThuTrangStoree |
| 32 | qujingpihaodianzishangwuyouxiangongsi |
| 33 | kabudadianzi |
| 34 | zhongzhijianmaoyi |
| 35 | Immeasurable Direct |

| | |
|---|---|
| 36 | A New Rise |
| 37 | Rice Tomorrow |
| 38 | VIP-zhang |
| 39 | |
| 40 | CoupledHEAT |
| 41 | Sena's Boutique |
| 42 | HaiNamStore |
| 43 | Minlano |
| 44 | DOUBLE AMERICAN |
| 45 | Supreshine |
| 46 | BD-Sign |
| 47 | Guangzhou Tianhe qinchuang Trade Co., Ltd |
| 48 | 万宁市琪禾涛网络科技有限公司 |
| 49 | 山西森沐恒网络科技有限公司 |
| 50 | yuanzhouquyixixiaobaihuodian |
| 51 | AweFam |
| 52 | SanJiangKouZhenLuJianQingGongYiPinShangHang |
| 53 | People my home |
| 54 | LongYanShiMengHongMaoYiYouXianGongSi |
| 55 | uanlu8948 |
| 56 | shanxilanzhenshangmaoyouxiangongsi |
| 57 | 91440604MAC86EEE0B666 |
| 58 | Xuan Huy Mon |
| 59 | GiaHuy |
| 60 | |
| 61 | jiujiang205yufeiwangluokeji |
| 62 | qiqihaertuotuishangmaoyouxiangongsi |
| 63 | Happy Angel Department Store |
| 64 | AOIROE-Store |
| 65 | |
| 66 | |
| 67 | ONHUON US (7-15 Day Delivery) |
| 68 | |
| 69 | wicoomus-Fast Delivery (7-15 days)☆☆☆☆☆ |
| 70 | |
| 71 | kaide |
| 72 | Trish Lucia |

| | |
|---|---|
| 73 | Marridon |
| 74 | CSV Decor |
| 75 | |
| 76 | |
| 77 | dekelijiaju |
| 78 | JRH1111 |
| 79 | HNTShop |
| 80 | |
| 81 | JoYoBeLL |
| 82 | Mastery POD Apparel |
| 83 | |
| 84 | Hermetic Store |
| 85 | Immature Store |
| 86 | Vanbac Shop |
| 87 | Someset LTD |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | JIan Ying |
| 93 | zhijiangshipengmianshangmaoyouxiangongsi |
| 94 | ChunTengRiYongPinJingYingBu |
| 95 | Khang Nguyen Store |
| 96 | Sun Store USA |
| 97 | KINGSTONE88 |
| 98 | HUYCUONGQN |
| 99 | |
| 100 | HA MY SHOP 02 |
| 101 | |
| 102 | HA TUUOSB |
| 103 | ☆☆☆☆☆Yolo |
| 104 | 新城糖梦百货店 |
| 105 | xianxinyuehangshangmaoyouxiangongsi |
| 106 | Diamondo |
| 107 | xingchengshilefengriyongbaihuoshangdian |
| 108 | ChengZi (7-20 Days Delivery) |
| 109 | PINTUHEGUISTORE |
| 110 | chenhongjun520 |

| 111 | foshanshiquanxumaokejiyouxiangongsi |
|---|---|
| 112 | FlyPigeon |
| 113 | BONITOLLC |
| 114 | |
| 115 | LinJiaXin KanQu |
| 116 | sizon92mna |
| 117 | nzhouchenji |
| 118 | hongdongcangpiaoshangmaoyouxiangongsi |
| 119 | xifayiliuiliu |
| 120 | 菏泽隆拾网络科技有限公司 |
| 121 | |
| 122 | |
| 123 | WUCHUAN (Prime Day Deals Today 2023) |
| 124 | |
| 125 | Suocaon |
| 126 | |
| 127 | BonLana |
| 128 | |
| 129 | zhaohuinbz |
| 130 | |
| 131 | Waymine |
| 132 | BomKwow |
| 133 | QdasKan |
| 134 | GuaeYup |
| 135 | |
| 136 | Yuvesment |
| 137 | jiu_zhi |
| 138 | Feliader |
| 139 | |
| 140 | ❣JPOQW✈ |
| 141 | |
| 142 | AMZFDC |
| 143 | |
| 144 | Disener |
| 145 | guangzhouyuzhuguojimaoyiyouxiangongsi |
| 146 | |
| 147 | LeXieoxi |
| 148 | mrcmuu |

| 149 | Wacinten |
| --- | --- |
| 150 | |
| 151 | |
| 152 | Customevader |
| 153 | KyuHeygsz |
| 154 | Joseph G Gomes |
| 155 | |
| 156 | |
| 157 | yanshifona |
| 158 | Dimplesss |
| 159 | |
| 160 | |
| 161 | |
| 162 | LuluZanm(Shipping 7 - 15 Days ) |
| 163 | CHIKANTING(Warehouse Sale Clearance) |
| 164 | |
| 165 | ZhaiDuo |
| 166 | FOX dell234 |
| 167 | 日照东玟电子信息科技有限公司 |
| 168 | dansenvmei Ltd. |
| 169 | Serve the Queen - Caifang |
| 170 | |
| 171 | Bodensee Online |
| 172 | Jeliva |
| 173 | |
| 174 | Somlatic |
| 175 | chenxixi-US |
| 176 | lijinqishangmao |
| 177 | jiujijiji |
| 178 | Ledong Haoshi Trading Co., Ltd |
| 179 | liaorongmingxys |
| 180 | qianyingshangmao41 |
| 181 | chenxiaoyundianzikeji |
| 182 | |
| 183 | Qingman888 |
| 184 | |
| 185 | |
| 186 | MLAGJSS |

| | |
|---|---|
| 187 | |
| 188 | |
| 189 | |
| 190 | |
| 191 | |
| 192 | NEARTIME Within 🚀 10-20 Days Delivery |
| 193 | NGOC HA HADN STORE |
| 194 | shuifupianjiangshangmaoyouxiangongsi |
| 195 | biaowangdianzi |
| 196 | Chfukew Home Decoration |
| 197 | zhaozhebdgt |
| 198 | huanxibiek |
| 199 | liuhaodongtyu |
| 200 | 厚槐贸易有限公司 |