**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JEFF BARTELS, | |
| Plaintiff, | Case No.: 1:23-cv-03541 |
| v. | Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Jeff Bartels and Defendant No. 174 Somlatic identified on the Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, without prejudice. Defendant's Motion to Vacate [54] is now moot.

Each party is to bear its own attorneys' fees, costs and expenses.

| | |
|---|---|
| DATED: December 12, 2023 | Respectfully submitted, |
| /s/ Keith A. Vogt | /s/ Carla E. Carter |
| Keith A. Vogt (Bar No. 6207971) | Carla E. Carter (Bar No. 6281101) |
| Keith Vogt, Ltd. | Davis & Carter LLC |
| 33 West Jackson Boulevard, #2W | 53 West Jackson Boulevard, Ste. 1560 |
| Chicago, Illinois 60604 | Chicago, Illinois 60604 |
| Telephone: 312-971-6752 | Telephone: 312-600-5485 |
| E-mail: keith@vogtip.com | E-mail: ccarter@daviscarterlaw.com |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANT*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 12, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt